```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 64035
    BEVERLY L OLIVER
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-5215


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 12/18/2005 and was confirmed 02/16/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  46.00%.

      The case was converted to chapter 7 after confirmation 07/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ARONSON FURNITURE           SECURED              2074.00        209.76         614.62
BENEFICIAL FINANCE CO       SECURED               338.27         32.66         147.83
WELLS FARGO FINANCIAL AC    SECURED             12319.67       1212.58        3951.87
AMERICASH LOANS LLC         UNSECURED             349.64           .00         160.83
ASPIRE                      UNSECURED             393.99           .00         181.24
CAPITAL ONE BANK            UNSECURED          NOT FILED           .00            .00
CBT ASPIRE                  UNSECURED          NOT FILED           .00            .00
COMCAST                     UNSECURED          NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC    UNSECURED             504.44           .00         232.04
GC SERVICES DATA CONTROL    UNSECURED          NOT FILED           .00            .00
GOTTLIEB MEMORIAL HOSPIT    UNSECURED          NOT FILED           .00            .00
GOTTLIEB MEMORIAL           NOTICE ONLY       NOT FILED           .00            .00
INSTANT CASH                UNSECURED          NOT FILED           .00            .00
LASALLE TALMAN BANK         UNSECURED          NOT FILED           .00            .00
MEDICAL IMAGINING PROGES    UNSECURED          NOT FILED           .00            .00
NICOR GAS                   UNSECURED          NOT FILED           .00            .00
NOII EMERG & OCCUP MED S    UNSECURED          NOT FILED           .00            .00
PAY DAY ADVANCE             UNSECURED          NOT FILED           .00            .00
PAYDAY LOAN STORE           UNSECURED          NOT FILED           .00            .00
TCF NATIONAL BANK           UNSECURED          NOT FILED           .00            .00
U S F ENERGY                UNSECURED          NOT FILED           .00            .00
USA PAYDAY LOAN             UNSECURED          NOT FILED           .00            .00
WEST SUBURBAN PROFESSION    UNSECURED          NOT FILED           .00            .00
ARONSON FURNITURE           UNSECURED            1009.00           .00         464.14
ALLIED INTERSTATE           NOTICE ONLY       NOT FILED           .00            .00
AMERICAN FAMILY INSURANC    UNSECURED          NOT FILED           .00            .00
ASPEN                       UNSECURED          NOT FILED           .00            .00
ASPIRE VISA                 UNSECURED          NOT FILED           .00            .00
AT & T BANKRUPCTY           UNSECURED          NOT FILED           .00            .00
BENEFICIAL CREDIT           UNSECURED          NOT FILED           .00            .00
CAPITAL MANAGEMENT SERVI    UNSECURED          NOT FILED           .00            .00
CAPITAL ONE SERVICES        UNSECURED          NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 64035 BEVERLY L OLIVER
```

```
CHICAGO ACCEPTANCE          UNSECURED         NOT FILED               .00              .00
COMCAST                     UNSECURED         NOT FILED               .00              .00
CONDELL MEDICAL CENTER      UNSECURED         NOT FILED               .00              .00
CONTINENTAL FINANCE         UNSECURED         NOT FILED               .00              .00
COUNTRYSIDE FIRE            UNSECURED         NOT FILED               .00              .00
CREDIT MANAGEMENT CONT      NOTICE ONLY       NOT FILED               .00              .00
CREDIT ONE BANK             UNSECURED         NOT FILED               .00              .00
CENTRAL DUPAGE HOSPITAL     UNSECURED         NOT FILED               .00              .00
FIRST PREMIER BANK          UNSECURED         NOT FILED               .00              .00
FIRST REVENUE ASSURANCE     UNSECURED         NOT FILED               .00              .00
FIRST USA BANK              UNSECURED         NOT FILED               .00              .00
FIRST USA CARD              UNSECURED         NOT FILED               .00              .00
GASTROENTEROLOGY CONSULT    UNSECURED         NOT FILED               .00              .00
GC LIMITED PARTNERSHIP      NOTICE ONLY       NOT FILED               .00              .00
GOTTLIEB MEMORIAL HOSPIT    UNSECURED         NOT FILED               .00              .00
CHECK N GO                  UNSECURED         NOT FILED               .00              .00
GUARANTY BANK               UNSECURED         NOT FILED               .00              .00
HSBC/TAX                    UNSECURED         NOT FILED               .00              .00
HSBC/ VLCTY                 UNSECURED         NOT FILED               .00              .00
JEFFERSON CAPITAL SYSTEM    NOTICE ONLY       NOT FILED               .00              .00
JUN HEALTHCARE              UNSECURED         NOT FILED               .00              .00
KID CARE                    UNSECURED         NOT FILED               .00              .00
LAKE COUNTY RADIOLOGY       UNSECURED         NOT FILED               .00              .00
MALCOLM S GERALD            NOTICE ONLY       NOT FILED               .00              .00
MANUELA FARHI MD            UNSECURED         NOT FILED               .00              .00
NATIONWIDE ACCEPTANCE CO    UNSECURED         NOT FILED               .00              .00
NICOR GAS                   UNSECURED         NOT FILED               .00              .00
OB GYNE ASSOC OF LAKE CI    UNSECURED         NOT FILED               .00              .00
OLIVER ADJUSTMENT CO INC    NOTICE ONLY       NOT FILED               .00              .00
POWERS & MOON               NOTICE ONLY       NOT FILED               .00              .00
PROFESSIONAL ACCOUNT MGM    NOTICE ONLY       NOT FILED               .00              .00
CREDIT COLLECTION SERVIC    UNSECURED         NOT FILED               .00              .00
RESURRECTION HEALTHCARE     UNSECURED         NOT FILED               .00              .00
GC SERVICES                 UNSECURED         NOT FILED               .00              .00
SPRINT PCS                  UNSECURED         NOT FILED               .00              .00
T MOBILE                    UNSECURED         NOT FILED               .00              .00
TCF NATIONAL BANK           UNSECURED         NOT FILED               .00              .00
TRANSMITTAL SYSTEMS         NOTICE ONLY       NOT FILED               .00              .00
WASHINGTON MUTUAL CARD S    UNSECURED         NOT FILED               .00              .00
WELLS FARGO FINANCIAL       UNSECURED         NOT FILED               .00              .00
WEST ASSET MANAGEMENT       NOTICE ONLY       NOT FILED               .00              .00
WEST SUBURBAN HEALTHE CA    UNSECURED         NOT FILED               .00              .00
JENNIFER A BLANC DOUGE      DEBTOR ATTY        2,189.00                            2,189.00
TOM VAUGHN                  TRUSTEE                                                   515.75
DEBTOR REFUND               REFUND                                                  2,895.29

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
```

PAGE  2 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 64035 BEVERLY L OLIVER

```
--------------------------------------------------------------------------------
TRUSTEE                                  12,807.61

PRIORITY                                                              .00
SECURED                                                          4,714.32
    INTEREST                                                     1,455.00
UNSECURED                                                        1,038.25
ADMINISTRATIVE                                                   2,189.00
TRUSTEE COMPENSATION                                               515.75
DEBTOR REFUND                                                    2,895.29
                                      ---------------    ---------------
TOTALS                                      12,807.61          12,807.61
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/16/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   3
          CASE NO. 05 B 64035 BEVERLY L OLIVER